UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 17-03495 |
| Edward J Murphy ) | | |
| Lynne A Murphy ) | Chapter: | 13 |
| ) | Honorable Janet S. Baer | |
| ) | | |
| ) | Kane | |
| Debtor(s) ) | | |

**Order Granting Motion to Modify the Automatic Stay**

This cause coming before the Court upon the Motion of Gateway One Lending & Finance, LLC to Modify the Automatic Stay pursuant to Sections 362 of the Bankruptcy Code, 11 U.S.C. § 362, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the Motion of Gateway One Lending & Finance, LLC to Modify Automatic Stay is granted as set forth herein.

2. That the automatic stay provided by Section 362 of the Bankruptcy Code, 11 U.S.C. § 362, is hereby modified as to Debtors, Edward J Murphy and Lynne A Murphy to permit Gateway One Lending & Finance, LLC to take possession of, sell and foreclose its security interest in the 2013 CHEVROLET EQUINOX motor vehicle bearing a Vehicle Identification Number of 2GNFLEEK0D6195952, which is the subject of its Motion and as provided by Illinois law and statute.

3. That Bankruptcy Rule 4001(a)(3) waived.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 06, 2017

**Prepared by:**

D. Anthony Sottile (IN 27696-49)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com