UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 17-03495
Edward J Murphy )
Lynne A Murphy )
 )  Chapter: 13
 )  Honorable Janet S. Baer
 )
 )  Kane
Debtor(s) )

**ORDER MODIFYING THE AUTOMATIC STAY AND WITHDRAWING REQUEST FOR DISMISSAL**

THIS CAUSE coming to be heard on the motion of Quicken Loans Inc, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the secured creditor alleging that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that Quicken Loans Inc its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 1667 Blackwell Lane, Aurora, IL .

(2) Quicken Loans Inc's request for dismissal is withdrawn.

(3) The claim of Quicken Loans Inc is hereby withdrawn.  No further payments are to be disbursed to Quicken Loans Inc on its Proof of Claim.

(4) Rule 4001(a)(3) is waived and Quicken Loans Inc may immediately enforce and implement this order granting relief from the automatic stay

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  April 06, 2018

**Prepared by:**

Peter C. Bastianen  ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-17-02065)