UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 17-03495
Edward J Murphy )
Lynne A Murphy )
) Chapter: 13
) Honorable Janet S. Baer
)
) Kane
Debtor(s) )

## ORDER MODIFYING PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN, the Court being advised in the premises, and due notice having been given to all parties in interest;

IT IS HEREBY ORDERED THAT:

1. The Debtors' chapter 13 plan is modified post-confirmation to defer the current trustee default to the end of the plan, and

2. The plan base remains the same.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  June 07, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600