UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-03495 |
| Edward J Murphy | ) | (Jointly Administered) |
| Lynne A Murphy | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO USE, SELL, OR LEASE PROPERTY

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtors to use, sell, or lease property, the Court being advised in the premises, and due notice having been given;

IT IS HEREBY ORDERED THAT:

1. The Debtors' Motion to use, sell, or lease property located at 1667 Blackwell Ln Aurora, IL 60504 is granted as set forth herein.

2. The mortgage lien held by Quicken Loans Inc. shall be paid in full at closing pursuant to a proper payoff letter or, in the event of a short-sale, payoff will be subject to Quicken Loans Inc.'s short-sale approval.

3. The Debtors will provide the Trustee with a complete copy of the closing statement within 10 days of closing.

4. The Debtors shall be paid the first $30,000 as their homestead exemption.

5. The Debtors will be paying their bankruptcy case off in full with a dividend of 100% to general unsecured creditors, in the amount of $30,330.00.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  March 13, 2020

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600